FILED
CHARLOTTE, NC
NOV 16 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC
Page 2
3:23-cv-780-MR

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District **WESTERN DISTRICT OF NC** |
|---|---|
| Name (under which you were convicted): **CARLOS DEMARCUIS BURCH** | Docket or Case No.: **17CRS244216-35** |
| Place of Confinement: **BERTIE C.I., WINDSOR NC, 27983** | Prisoner No.: **1473394** |

Petitioner (include the name under which you were convicted) **CARLOS D. BURCH**  v.  Respondent (authorized person having custody of petitioner) **STATE OF NORTH CAROLINA**

The Attorney General of the State of **NORTH CAROLINA**

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **MECKLENBURG COUNTY SUPERIOR COURT, 832 EAST FOURTH STREET, SUITE 9600 CHARLOTTE NC, 28202.**

   (b) Criminal docket or case number (if you know): **17CRS244216-35**

2. (a) Date of the judgment of conviction (if you know): **FEBRUARY 12, 2020.**

   (b) Date of sentencing: **FEBRUARY 12, 2020**

3. Length of sentence: **4 COUNTS OF 84-113 MONTHS CONSECUTIVE.**

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: **ROBBERY W/ DANGEROUS WEAPON. CONSPIRACY TO COMMIT ROBBERY W/ DANGEROUS WEAPON. ATTEMPT TO COMMIT ROBBERY W/ DANGEROUS WEAPON. FLEEING TO ELUDE ARREST. POSSESSION OF STOLEN MOTOR VEHICLE.**

6. (a) What was your plea? (Check one)

   (1) Not guilty ☑     (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐         (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

(c) If you went to trial, what kind of trial did you have? (Check one)
   Jury ☑    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a posttrial hearing?
   Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑    No ☐

9. If you did appeal, answer the following:
   (a) Name of court: NORTH CAROLINA COURT OF APPEALS
   (b) Docket or case number (if you know): 17CRS244216-35
   (c) Result: NO ERROR
   (d) Date of result (if you know): DECEMBER 7, 2021
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: TRIAL COURT ERRED BY ALLOWING IN COURT IDENTIFICATIONS WITH NO PRETRIAL LINEUPS 2 1/2 YEARS AFTER CRIMES OCCURED. VIOLATION OF DUE PROCESS RIGHTS.

   (g) Did you seek further review by a higher state court?    Yes ☑    No ☐
       If yes, answer the following:
       (1) Name of court: NORTH CAROLINA SUPREME COURT
       (2) Docket or case number (if you know): 17CRS244216-35
       (3) Result: DENIED
       (4) Date of result (if you know): May 4, 2022
       (5) Citation to the case (if you know): _____
       (6) Grounds raised: TRIAL COURT ERRED BY ALLOWING IN COURT IDENTIFICATION.

   (h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑
       If yes, answer the following:
       (1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
Yes ☑   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: MECKLENBURG COUNTY SUPERIOR COURT.
    (2) Docket or case number (if you know): 17CR8244216-35.
    (3) Date of filing (if you know): JUNE 30, 2023
    (4) Nature of the proceeding: MOTION FOR APPROPRIATE RELIEF.
    (5) Grounds raised: INEFFECTIVE ASSISTANCE OF COUNSEL BY NOT OBJECTING TO THE IN COURT IDENTIFICATIONS. TRIAL COUNSEL HAD KNOWLEDGE THAT NO PRETRIAL LINEUPS WERE ADMINISTERED 2 1/2 YEARS BEFORE TRIAL. VIOLATION OF MY 6th AMENDMENT CONSTITUTIONAL RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL.

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐  No ☑
    (7) Result: DENIAL OF MOTION
    (8) Date of result (if you know): July 26, 2023
    (b) If you filed any second petition, application, or motion, give the same information:
    (1) Name of court: NORTH CAROLINA COURT OF APPEALS.
    (2) Docket or case number (if you know): 17CR8244216-35
    (3) Date of filing (if you know): AUGUST 7, 2023
    (4) Nature of the proceeding: PETION OF CERTIORARI
    (5) Grounds raised: INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL NOT OBJECTING TO IN COURT IDENTIFICATION.

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐  No ☑

(7) Result: DENIAL OF PETITION _____

(8) Date of result (if you know): OCTOBER 2, 2023 _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    Yes ☐    No ☐
(2) Second petition:   Yes ☐    No ☐
(3) Third petition:    Yes ☐    No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Ineffective Assistance of Counsel. Violation of 6th Amendment Constitutional Right.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Trial counsel failed to object to identifications. Trial counsel failed to allow trial court to make a ruling on objection. Trial counsel failed to allow defendant appellate review of trial courts ruling on objection. Trial counsel failed to preserve defendant constitutional rights. Trial counsel failed to effectively assist defendant.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☑
   (2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of Counsel arguments are more suited for Motion for Appropriate Relief.

(d) Post Conviction Proceedings:
   (1) Did you raise this issue through a post conviction motion or petition for habeas corpus in a state trial court? Yes ☑  No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: Motion for Appropriate Relief.
   Name and location of the court where the motion or petition was filed: Mecklenburg County Superior Court. 832 East Fourth Street Suite 9600 Charlotte NC, 28202.

Docket or case number (if you know): 17CR8244216-35
Date of the court's decision: July 26, 2023
Result (attach a copy of the court's opinion or order, if available): COPY ATTACHED.
_____
_____

(3) Did you receive a hearing on your motion or petition?
   Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?
   Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: NORTH CAROLINA COURT OF APPEALS RALEIGH NC 27602
Docket or case number (if you know): 17CR8244216-35
Date of the court's decision: OCTOBER 2, 2023
Result (attach a copy of the court's opinion or order, if available): COPY ATTACHED.
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____
_____
_____
_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____
_____
_____

GROUND TWO: _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☑   No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐   No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

    _____

    _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: __DANIEL ROBERTS__
    __Address N/A__
    (b) At arraignment and plea: __DANIEL ROBERTS__

    (c) At trial: __DANIEL ROBERTS__

    (d) At sentencing: __DANIEL ROBERTS__

    (e) On appeal: __KELLIE MANNETTE__
    __119 EAST MAIN STREET, DURHAM NC, 27701__
    (f) In any post conviction proceeding: _____

    (g) On appeal from any ruling against you in a post conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
_____
_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* I have filed several motions and petitions since the Supreme Court denied my petition on May 4, 2022. My statute of limitations should not be up yet to my knowledge.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C § 2244(d) provides in part that:

(1) A one year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—

(continued)

Therefore, petitioner asks that the Court grant the following relief: **VACATE JUDGEMENT AND REMAND FOR A NEW TRIAL.**

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **NOV, 3, 2023** (month, date, year).

Executed (signed) on **NOV, 2, 2023** (date).

_____
Signature of Petitioner

---

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

# Additional Arguments for ground 1.

Defense counsel failed to object to the in court identifications, with the knowledge that no pretrial lineups of any kind were administered to the witnesses by the state.

The only time the witnesses were asked to identify the defendant was at trial.

Defenses failure to object prevented the trial court from making a ruling on the admissibility of the in court identifications, and thus rendered the trial and verdict unfair.

Defenses failure also prevented the defendant from the ability to obtain appellate review of the trial courts decision and ruling, in the event that defense counsels objection had been overruled.

Defense counsels failure to object to these identifications failed to preserve the defendants constitutional rights and arguments.

These errors were extremely serious and trial counsels performance fell below an objective standard of reasonableness and was deficient.

Counsel was not functioning as the counsel guranteed the defendant by the 6th amendment constitutional right to effective assistance of counsel.

Counsels errors deprived the defendant his rights to a fair trial.

There are documents added within this petition to the actual height and pictures detailing the defendants physical deformities that each witness failed to describe.

These documents will show that neither witness accurately described the defendants real height and weight nor the deformity of defendants right eye.

# Additional Arguments for Ground 1.

With the proper objections to the identifications by defense counsel, the results of the proceedings would have been different.

Based on the facts that the state did not conduct any pretrial lineup procedures in accordance with the requirements of the Eyewitness Identification Reform Act, and the circumstances surrounding the identifications, the trial court would have deemed them inadmissible.

Being that the state only put on evidence to the Fleeing to Elude and possession of stolen motor vehicle and used the identifications to satisfy every element of Robbery w/ dangerous weapon, Conspiracy to commit Robbery w/ dangerous weapon, and attempt to commit Robbery w/ dangerous weapon, had these identifications been objected to, and deemed inadmissible, the jury would have acquitted me of the formerly stated charges.